UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUAL GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY CARRICK,<br><br>　　　　Defendant. | No. 2:19-cv-0643 AC P<br><br><br>ORDER |

  Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a request for copies of defendant's motion for summary judgment. ECF No. 23. Plaintiff states that he has not received a copy of defendant's motion and has received only the notice of errata filed on April 7, 2021. <u>Id.</u> Because it does not appear that plaintiff received a copy of defendant's motion, defendant will be required to provide plaintiff with another copy.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff's request for a copy of defendant's motion for summary judgment, ECF No. 23, is GRANTED.

  2. Within seven days of the filing of this order, defendant shall re-serve plaintiff with a copy of his motion for summary judgment and file a copy of the certificate of service with the court.

////

3. Plaintiff shall have twenty-one days from the re-service of the motion to file an opposition.

DATED: April 20, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE