UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUAL GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY CARRICK,<br><br>　　　　Defendant. | No. 2:19-cv-0643 AC P<br><br><br>ORDER |

On March 11, 2021, defendant filed a motion for summary judgment. ECF No. 20. After plaintiff notified the court that he had not received a copy of the motion, ECF No. 23, defendant was ordered to re-serve the motion, ECF No. 24, which he did on April 20, 2021, ECF No. 25. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 25, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE