1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MANUAL GARCIA,                              No.  2:19-cv-0643 KJM AC P

12              Plaintiff,

13         v.                                     ORDER

14    JEFFREY CARRICK,

15              Defendant.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On June 30, 2021, the magistrate judge filed findings and recommendations, which were

21    served on all parties and which contained notice to all parties that any objections to the findings

22    and recommendations were to be filed within fourteen days.  ECF No. 29.  Neither party has filed

23    objections to the findings and recommendations.

24        The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26    de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28    /////

                                           1

1  . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2  supported by the record and by the proper analysis.

3          Accordingly, IT IS HEREBY ORDERED that:

4          1.  The findings and recommendations filed June 30, 2021, ECF No. 29, are adopted in

5  full.

6          2.  This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure

7  41(b).

8          3.  The Clerk of the Court is directed to close this case.

9  DATED:  August 20, 2021.

10

11  _____
    CHIEF UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28